**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOC. NO. 3:20-cv-716**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| APPROXIMATELY $23,131 IN U.S. | ) | |
| CURRENCY SEIZED FROM ALEX | ) | |
| WHEELER ON AUGUST 23, 2020 AT | ) | |
| CHARLOTTE-DOUGLAS | ) | |
| INTERNATIONAL AIRPORT | ) | |

**ORDER OF DEFAULT JUDGMENT**

THIS CAUSE COMES BEFORE THE COURT upon the Government's Motion for Entry of Default Judgment. (Doc. 8). Having considered the Motion and the pleadings, the Court GRANTS the Motion and Orders as follows:

IT IS HEREBY **ORDERED** THAT Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $23,131 in U.S. Currency seized from Alex Wheeler on August 23, 2020 at Charlotte-Douglas International Airport.**

Signed: March 19, 2021

Max O. Cogburn Jr
United States District Judge